IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHESTER L. KEMP,

      Petitioner,

v.                                                                                    CASE NO. 5:08-cv-282-RS-AK

WALTER A. MCNEIL,[1]

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 3, Attach.4, Petition for Writ of Habeas Corpus,

filed by Chester Kemp.  Petitioner has not, however, paid the $5.00 filing fee or filed a motion

for leave to proceed *in forma pauperis*.  Therefore, consideration of the petition  will be deferred

until payment is received or IFP is granted.

      Accordingly, it is ORDERED:

      That Walter McNeil is hereby **SUBSTITUTED** for the State of Florida as the proper

respondent;

      That the Clerk shall forward to Petitioner an application for leave to proceed *in forma*

*pauperis*;

      That Petitioner shall have until **October 20, 2008**, to either file an application for leave to

proceed *in forma pauperis* or pay the $5.00 filing fee;

      **That failure to respond to this order as instructed will result in a recommendation**

---

[1]Petitioner named the State of Florida as the respondent; however, his custodian, Walter
McNeil, is the proper respondent and will be substituted for the State.

of dismissal of this action for failure to prosecute and failure to comply with an order of

this court.

      **DONE AND ORDERED** this <u>19th</u> day of September, 2008.

          <u>S/A.Kornblum                     </u>
          **ALLAN KORNBLUM**
          **UNITED STATES MAGISTRATE JUDGE**