IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHESTER L. KEMP,**

      **Petitioner,**

v.                                                                                       **CASE NO. 5:08CV282-RS/AK**

**WALTER MCNEIL,**

      **Respondent.**

_____/

## ORDER

This cause is before the Court on Petitioner's motion for leave to proceed *in forma pauperis*.  Doc. 6.  The motion is incomplete, as Petitioner has not attached a certification from a prison official verifying the requisite six-month information or a statement of account.  Petitioner must therefore amend the IFP motion to include this information.

Accordingly, it is **ORDERED**:

That the Clerk shall forward to Petitioner the form for seeking leave to proceed *in forma pauperis*;

That Petitioner shall file an "Amended Motion" for IFP which contains all relevant information and certification no later than **November 13, 2008;**

**That failure to comply with this Order may result in a recommendation of dismissal to the district judge for failure to obey an order of the Court and for failure to prosecute.**

**DONE AND ORDERED** this  *2nd*  day of October, 2008.

                                                  *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**