IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHESTER KEMP,

    Petitioner,

vs.                                       CASE NO. 5:08cv282/RS-AK

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion To Dismiss (Doc. 16) is granted.

3. The Petition for Writ of Habeas Corpus (Doc. 3, Attach. 4) is denied as untimely.

4. This case is dismissed with prejudice.

5. The clerk is directed to close the file.

**ORDERED** on December 4, 2009.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**